# EXHIBIT C



SOLUTIONS ⌄     PRODUCTS ⌄     SERVICES ⌄     COMPANY ⌄     PARTNERS ⌄     RESOURCES ⌄

15-DAY FREE TRIAL

# CrowdStrike Falcon

Stopping breaches with unmatched prevention
and unrivaled visibility

## SETTING THE NEW STANDARD IN ENDPOINT PROTECTION

The CrowdStrike Falcon® platform is pioneering cloud-delivered endpoint protection. It both delivers and unifies IT Hygiene, next-generation antivirus, endpoint detection and response (EDR), managed threat hunting, and threat intelligence — all delivered via a single lightweight agent. Using its purpose-built cloud-native architecture, the Falcon platform collects and analyzes over 150 billion endpoint events per day from millions of sensors deployed across 176 countries.

**lightweight agent**

Access our most popular resources                              ⌃

The Forrester Wave:
Endpoint Detection
and Response Q3 2018

Falcon Prevent Next-
Gen Antivirus Free Trial

2018 G
Quadr
Protec

SOLUTIONS  PRODUCTS  SERVICES  COMPANY  PARTNERS  RESOURCES

15-DAY FREE TRIAL



**ENDPOINT SECURITY**

**FALCON INSIGHT**
Endpoint detection & Response

**FALCON DEVICE CONTROL**
Device Control

**SECURITY OPERATIONS**

**FALCON OVERWATCH**
Threat Hunting

**FALCON DISCOVER**
IT Hygiene

**FALCON SPOTLIGHT**
Vulnerability Management

Access our most popular resources ⌃



**LEARN MORE ABOUT EACH APPLICA**

# FALCON PREVENT

Access our most popular resources



Falcon Prevent is CrowdStrike's next-generation antivirus solution. It allows organizat confidence. Protect your endpoints against all threat types — known and unknown, ma

⊙  Sophisticated machine learning-driven malware protection ⊙  Unique Indicator of

⊙  Extensive prevention of privilege escalation, ransomware, zero-day exploits, and m

⊙  Attack timeline visibility and data

LEARN MORE

# FALCON INSIGHT

**ENDPOINT DETECTION & RESPONSE**

Access our most popular resources                                                    ⌃



Falcon Insight is CrowdStrike's endpoint detection and response (EDR) solution. It allo
organization's environment and remediate the situation with the help of real time visi

⊙  Unique Indicator of Attack (IOA) behavioral protection⊙  Complete real-time visibi

⊙  Five-second search to discover and investigate current and historic endpoint activ

⊙  Events can be contextualized by threat intelligence, providing attribution and addi

# FALCON
# Device Control

**DEVICE CONTROL**



Falcon Device Control enables the safe utilization of USB devices across an organization and granular control over those devices.

LEARN MORE

# FALCON OVERWATCH

**MANAGED THREAT HUNTING**

Access our most popular resources                                          ⌃



Falcon OverWatch is CrowdStrike's Managed Threat Hunting solution. To defeat sophis
organization, you need a dedicated team working for you 24/7 to proactively identify a

⊙  A global team of expert adversary hunters, watching your back 24/7

⊙  Reduce alert fatigue with proactive notification and actionable alerts                    LEAR

⊙  Augment your existing in-house resources, improving your operational efficiency

⊙  Leverage the "power of the crowd" to identify new and emerging threats to your org

# FALCON
# DISCOVER

**IT HYGIENE**

Access our most popular resources                                                                          ⌃



Falcon Discover is CrowdStrike's security hygiene solution. It provides organizations w
environment,allowing them to identify unauthorized systems and applications in real
overall security posture.

⊙ Real-time system inventory of all managed and unmanaged endpoints in the envir

⊙ Real-time application inventory of all applications in the environment

⊙ Discovery API allowing integration with other IT tools to automatically remediate u

# FALCON SPOTLIGHT

**VULNERABILITY MANAGEMENT**

Access our most popular resources                                          ⌃



Falcon Spotlight offers security teams a continuous and real-time assessment of the

LEARN MORE

# FALCON X

## THREAT INTELLIGENCE AUTOMATION



Access our most popular resources    ⌃

# FALCON SEARCH ENGINE

**MALWARE RESEARCH**



Falcon Search Engine dramatically increases the speed of malware research while sin intelligence, enabling rapid response and protective actions.

LEARN MORE

Access our most popular resources                                               ⌃

**AUTOMATED MALWARE ANALYSIS**



Falcon Sandbox provides visibility into malware behavior, automating in-depth file an
and response.

LEARN MORE

# CROWDSTRIKE HAS REVOLUTIONIZED ENDPOINT SECURITY

With the **FALCON PLATFORM**, a simple yet powerful approach:

Access our most popular resources                                                    ⌃



The Falcon agent (small and light) and cloud (big and powerful) work seamlessly to deliver real-time protection and visibility -- yes, even when the agent is not connected to the internet. The simplicity of CrowdStrike's architecture finally gives you the freedom to replace and retire the complicated, performance-robbing security layers that clutter your environment.

## WHY CROWDSTRIKE FALCON?



### BETTER PROTECTION

Access our most popular resources



## IMMEDIATE TIME TO VALUE

CLOUD ARCHITECTURE REDUCES COST WHILE ADDING SPEED, EFFICACY AND SCALABILITY



## BETTER PERFORMANCE

CONSOLIDATES A FULL RANGE OF SECURITY FUNCTIONALITY INTO ONE INTEGRATED SOLUTION

# FINALLY, ENDPOINT PROTECTION THAT ACTUALLY WORKS

Access our most popular resources                                    ⌃



✔ Continuous monitoring — across Windows, macOS, and Linux    

✔ Always protected without troublesome signature updates

✔ Identify unauthorized systems and applications in real time

Access our most popular resources                                          ⌃

SOLUTIONS  ⌄   PRODUCTS  ⌄   SERVICES  ⌄   COMPANY  ⌄   PARTNERS  ⌄   RESOURCES  ⌄

15-DAY FREE TRIAL

## TRY CROWDSTRIKE FREE FOR 15 DAYS

GET STARTED WITH A FREE TRIAL



Copyright © 2018 CrowdStrike   |   Privacy   |   Request Info   |   Blog   |   Join Our Team   |   Sitemap   |   Contact Us   |

Experienced a Breach?   |   1.888.512.8906

English  ^

Access our most popular resources   ^