# EXHIBIT D

**Subject:** RE: My vote for the AMTSO Standards is YES
**Date:** Saturday, May 19, 2018 at 6:58:31 AM Hawaii-Aleutian Standard Time
**From:** Mark Kennedy
**To:** Dennis Batchelder, John Hawes, Members

Thanks, Dennis. I (Symantec) voted yesterday. The standards are not **\*done\***, but I don't know that they ever will be. Given the constantly evolving threat landscape and the mutually evolving technology being developed to address that landscape it would be foolish and arrogant of us to suppose that we have accounted for all that is possible in the future. That said, since we have a mechanism so that our standards can evolve as well, it really comes down to two basic questions:
1. Will the standards make things better for the consumers of tests?
2. Are the standards unduly burdensome on testers and vendors?

For the first question the answer is a resounding Yes. Look back (and you don't need to look back too far) on the bad tests and bad testing practices. How useful would the information required by the standards have been at exposing that? Bad testing hurts all of us, and most specifically the end user. At the end of the day, these standards are not for us, they are for those end users

For the second question I focus on the word "unduly". Of course, having a rigorous communication process is burdensome – testing is much easier when we don't talk to each other. The standards have reasonable timeframes for that communication that can be baked into the schedule. All tolled they add what, two weeks? Is that an unduly high price to pay for clarity it brings? I don't think so.

Symantec votes **YES** to both questions. Moreover, Symantec is committed to using the standards for all privately commissioned tests going forward. That means if you want the money Symantec will pay for those tests, you will have to follow the standards. If a tester doesn't like that, too bad. We will find one of their competitors who will. If an included vendor doesn't like that, put your reasons into the commentary and let the reader weigh your arguments. We intend to put our money where are vote is. I encourage all of Symantec's competitors to do the same.

Mark

---

**Mark Kennedy**
Distinguished Engineer
Security Technology And Response
Symantec Corporation
**www.symantec.com**
-----------------------------------------------------
Office: 424-750-7661
Interoffice: 6 [424] 7661
Mobile: 310-722-1934
Fax: 424-750-7001
**Email: mkennedy@symantec.com**
-----------------------------------------------------



---

**From:** Dennis Batchelder [mailto:denbatch@appesteem.com]
**Sent:** Saturday, May 19, 2018 8:45 AM
**To:** John Hawes <john.hawes@amtso.org>; Members <members@amtso.org>
**Subject:** [EXT] My vote for the AMTSO Standards is YES

***(this is from me as AppEsteem, a fellow member of AMTSO – not as my role as President; not as my role as an SWG member)***

Dear AMTSO members:

I wanted to share with you that I just voted "yes" on both ballot questions for the AMTSO standards: I accepted the latest changes (which in my view added important protections for testers), and I voted to take these out of Draft and make them our first standard.

Finally we can put the "T" in AMTSO ☺ It took ten years, but we got there!

There are four big reasons that AppEsteem voted 'yes':
1. **AMTSO is ready**: AMTSO has proven that they can manage the test disclosures, they can run a test and collect feedback, they can evaluate against the standards, and they can run a continuous change process
2. **AppEsteem will benefit**: As we're a certifier of apps (and we'll probably start certifying consumer-grade UwS/PUA protection soon), AppEsteem looks to the Standards as a way to reassure AV vendors that we're running a fair test and process, ensure vendors will be held accountable if they try to "game" our test, and show the public that our test can be trusted.
3. **It's time to clean this space up**: As we're comprised of long-time members in the AV industry, the AppEsteem leadership has seen too many games played over the years by both vendors and testers. We believe that finally releasing standards will help mitigate many of the remaining aggressive tester and aggressive tester management issues and prevent many of the spurious accusations that only serve to hurt the industry's reputation.
4. **Our consumers demand it:** We have heard from the public (in AppEsteem's case, reporters for consumer-facing magazines) that they would trust an AMTSO-Standard-based certification a lot more than one that didn't follow the standards.

Please consider our reasoning and see if it matches your own. We urge you to put the "T" in AMTSO and vote yes.

Thanks,
Dennis

(please share your own thoughts! Let's get warmed up for our meeting!)

---

**From:** John Hawes <john.hawes@amtso.org>
**Date:** Friday, May 18, 2018 at 5:22 AM
**To:** Members <members@amtso.org>
**Subject:** AMTSO Standards - voting OPEN

AMTSO members,

Please find attached the formal ballot document detailing the vote to approve Draft Standard v7.1 and to adopt it as a Final Standard.

Voting is now OPEN and will close at **00:01am Pacific Time on Tuesday, May 22nd** – please ensure your votes are submitted by the end of the first day of our Portland meeting next week.

You can submit your vote using the following form:

https://members.amtso.org/standards-voting-page-2018-05/

Votes will also be accepted using the ballot form – either complete and send via email to voting@amtso.org, or hand in a hard copy in person at the Portland meeting. Please note that the online form is the preferred method – if you have any problems accessing the AMTSO member website or operating the form, please reach out to me directly.

Each member company in good standing is entitled to one vote on each item listed; if multiple votes are received from a member, only the last vote submitted will be counted.

As of the Record Date of May 17th, we counted **55 AMTSO members in good standing**; both votes require a quorum of 50% of members voting, so we need 28 members to submit votes for the result to take effect. Further details are recorded in the ballot document.

Results will be announced on May 22nd, in person during day 2 of the AMTSO member meeting, also via email and posted to the member website.

Note that this voting is **not private**, and the vote recorded by each AMTSO member will be listed on the AMTSO website, as in the previous vote during our Beijing meeting.

John
-----
John Hawes
Chief Operating Officer, AMTSO
www.amtso.org

You're receiving this message because you're a member of the Members group from AMTSO. To take part in this conversation, reply all to this message.

View group files | Leave group | Learn more about Office 365 Groups