1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
3  DYLAN I. BALLARD, Cal. Bar No. 253929
   MONA SOLOUKI, Cal. Bar No. 215145
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:    415.434.9100
   Facsimile:    415.434.3947
6  Email:  mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com
7             msolouki@sheppardmullin.com

8  Attorneys for Defendant
   ESET, LLC
9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15  NSS LABS, INC.,                    | Case No. 5:18-cv-05711-BLF

16         Plaintiff,                  | **DEFENDANT ESET, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF RIGHARD ZWIENENBERG IN SUPPORT OF SAME**

17         v.

18  CROWDSTRIKE, INC., SYMANTEC CORPORATION, ESET, LLC, ANTI-MALWARE TESTING STANDARDS ORGANIZATION, INC. AND DOES 1-50, INCLUSIVE,

19

20         Defendants.                 | Date: February 7, 2019
                                       | Time: 9:00 AM
21                                     | Location: Courtroom 3
                                       | Hon. Beth Labson Freeman

1    PLEASE TAKE NOTICE that Defendant ESET, LLC ("ESET"), in connection with
2  its concurrently-filed Motion to Dismiss, hereby requests pursuant to Rule 201 of the
3  Federal Rules of Evidence that the Court take judicial notice of the following document, a
4  true and correct copy of which is authenticated by the attached Declaration of Righard
5  Zwienenberg.

6    - **Exhibit 1:** A true and correct copy of the pages on AMTSO's member website
7      listing the AMTSO members who voted against adopting the "Testing Protocol
8      Standard for the Testing of Anti-Malware Solutions" (the "Standard").

9    This Court may properly take judicial notice of this document pursuant to Federal
10 Rule of Evidence 201.  The Complaint refers to and quotes from portions of AMTSO's
11 website, specifically including the portions of the website reflecting the voting on the
12 Standard, but does not physically attach the contents of the website.  *See, e.g.,* Complaint,
13 ¶ 52, 75; *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) ("[D]ocuments whose
14 contents are alleged in a complaint and whose authenticity no party questions, but which
15 are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6)
16 motion to dismiss.").

17    In addition, the result of the voting on the Standard is judicially noticeable because
18 it is crucial to Plaintiff's claims in this lawsuit, because Plaintiff repeatedly alleges that the
19 approval of this Standard by AMTSO members was an unlawful antitrust conspiracy.  *See,*
20 *e.g.,* Complaint, ¶ 171 ("Defendants have used AMTSO to enact the anti-competitive
21 AMTSO Testing Standard…."); *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998)
22 (district court may take judicial notice of "documents crucial to the plaintiff's claims, but
23 not explicitly incorporated in his complaint", thereby "[p]reventing plaintiffs from
24 surviving a Rule 12(b)(6) motion by deliberately omitting references to documents upon
25 which their claims are based.").

26    This request is based upon this Request, the accompanying Declaration of Righard
27 Zwienenberg, the pleadings and papers on file in this action, and such oral argument as the
28 Court may entertain.

1  Dated: November 26, 2018

2                                     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                         By       */s/ Michael W. Scarborough*
5                                    MICHAEL W. SCARBOROUGH
                                     DYLAN I. BALLARD
6                                    MONA SOLOUKI

7
                                     Attorneys for Defendant
8                                    ESET, LLC

SMRH:488413542.3

-3-                                    Case No. 5:18-cv-05711-BLF
REQUEST FOR JUDICIAL NOTICE ISO ESET'S MOTION TO DISMISS;
DECLARATION OF RIGHARD ZWIENENBERG

# DECLARATION OF RIGHARD ZWIENENBERG
# IN SUPPORT OF ESET'S REQUEST FOR JUDICIAL NOTICE

I, Righard Zwienenberg, declare:

1. As an independent contractor, I am a Senior Research Fellow at ESET, spol. s r.o., the parent company of ESET, LLC. I have been in that position since 2012. My duties in that role include representing ESET spol. s r.o. before the Anti-Malware Testing Standards Organization, Inc. ("AMTSO") and voting at AMTSO meetings on ESET spol. s r.o.'s behalf.

2. I attended an AMTSO meeting on behalf of ESET spol. s r.o. on May 21 and 22, 2018 in Portland, Oregon. At that meeting, AMTSO members were asked to vote on whether the proposed Testing Protocol Standard for the Testing of Anti-Malware Solutions (the "Standard"), (*see* Complaint, Exhibit A) should be finally adopted. On behalf of ESET spol. s r.o., I voted that the Standard should not be adopted by AMTSO.

3. The votes made at AMTSO meetings are recorded on AMTSO's website for members (https://members.amtso.org), to which all AMTSO participants are provided log-in credentials. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant pages on AMTSO's member website listing the AMTSO members who voted against adoption of the Standard, which includes ESET, spol. s r.o.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 21, 2018 at 's-Gravenhage, The Netherlands

*R. J. Zwienenberg* (signature)

RIGHARD ZWIENENBERG