**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NSS LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROWDSTRIKE, INC., et al., <br><br> Defendants. | Case No. 18-cv-05711-BLF <br><br> **ORDER DENYING PARTIES' STIPULATED REQUEST FOR BRIEFING SCHEDULE AND HEARING DATE FOR ALL MOTIONS TO DISMISS** <br><br> [Re: ECF 35] |

The parties have filed a stipulated request for an order setting a briefing schedule on Defendants' four motions to dismiss and setting the motions for hearing on February 7, 2018. The stipulated request is DENIED. The Court does not reserve hearing dates by stipulation and, in any event, the Court's Law and Motion Calendar for February 7, 2019 is full.

Pursuant to the Court's Standing Order Re Civil Cases, the moving parties must contact the Courtroom Deputy Clerk to reserve hearing dates for all four motions. If the parties choose to reserve a single hearing date, they must ask the Courtroom Deputy Clerk to reserve *four* slots for that date. The parties are advised that the next available hearing dates that could accommodate four motions are in April 2019 and May 2019.

As set forth in the Standing Order Re Civil Cases, a motion must be filed within 14 days after the moving party reserves a hearing date. In the present case, if the parties do reserve a single hearing date for all four motions, they may file a renewed stipulation to modify the briefing schedule after the reservation is made. If they wish, the parties may request that the Initial Case Management Conference be continued to the date of the motion hearing.

**IT IS SO ORDERED.**

Dated: November 28, 2018

_____
BETH LABSON FREEMAN
United States District Judge