IAN N. FEINBERG (SBN 88324)
Ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: 650.618.4360
Facsimile: 650.618.4368

Attorneys for Plaintiff
NSS Labs, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSS LABS, INC.,<br><br>    Plaintiff,<br>vs.<br><br>CROWDSTRIKE, INC., SYMANTEC CORPORATION, ESET, LLC, ANTI-MALWARE TESTING STANDARDS ORGANIZATION, INC. AND DOES 1-50, INCLUSIVE,<br><br>    Defendant. | CASE NO. 5:18-CV-05711-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL DATES**<br><br>**DEMAND FOR JURY TRIAL** |

Because argument on defendants' motion to dismiss and/or strike Plaintiff's First Amended Complaint is set for hearing on March 19, 2020, and because the parties wish to avoid the time and expense of discovery unless and until the pleadings have settled, the parties hereby stipulate to extend certain pretrial dates as follows:

| Pretrial Event | Current Date | Proposed New Date |
|---|---|---|
| Close of Fact Discovery | 8/28/2020 | **12/16/2020** |
| Expert reports due | 11/30/2020 | **1/29/2021** |
| Rebuttal expert reports due | 2/5/2021 | **2/26/2021** |
| Expert Discovery Cut-off | 3/19/2021 | **4/2/2021** |

STIPULATION AND PROPOSED ORDER EXTENDING CERTAIN
PRETRIAL DATES                                                                                          Page 1

All other dates set in Docket 98, beginning with the last day for filing motions for summary judgment and Daubert (May 21, 2021) and continuing through the date set for trial (February 7, 2022), are unaffected by the proposed schedule change.

| | |
|---|---|
| November 20, 2019 | FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP |
| | /s/ *Ian N. Feinberg* <br> Ian N. Feinberg |
| | Attorneys for Plaintiff <br> NSS Labs, Inc. |
| November 20, 2019 | SCHWABE WILLIAMSON & WYATT, PC |
| | /s/ *Brenna K. Legaard* <br> Brenna K. Legaard |
| | Attorneys for Defendant <br> Anti-Malware Testing Standards Organization, Inc. (AMTSO) |
| November 20, 2019 | WILSON SONSINI GOODRICH & ROSATI PC |
| | s/ *Lisa Davis* <br> Lisa Davis |
| | Attorneys for Defendant <br> Symantec Corporation |
| November 20, 2019 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | /s/ *Mike Scarborough* <br> Mike Scarborough |
| | Attorneys for Defendant <br> ESET, LLC |

### ECF ATTESTATION

I, Ian Feinberg, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

November 20, 2019                                   /s/ *Ian N. Feinberg*
                                                                  Ian N. Feinberg

**~~PROPOSED~~ ORDER**

On this day the Court considered the parties' Stipulation Extending Certain Pretrial Dates and grants the same.

It is SO ORDERED.

Date:   November  20 2019

_____
HON. JUDGE BETH LABSON-FREEMAN