IAN N. FEINBERG (SBN 88324)
Ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
HONG LIN (SBN 249898)
hlin@feinday.com
JEREMIAH ARMSTRONG (SBN 253705)
jarmstrong@feinday.com
FEINBERG DAY ALBERTI LIM &
BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: 650.618.4360
Facsimile:  650.618.4368

Attorneys for Plaintiff
NSS Labs, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSS LABS, INC., | CASE NO. 5:18-CV-05711-BLF |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)** |
| v. | |
| SYMANTEC CORPORATION, ESET, LLC, ANTI-MALWARE TESTING STANDARDS ORGANIZATION, INC. AND DOES 1-50, INCLUSIVE, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff NSS Labs, Inc. ("NSS") hereby dismisses all of its claims against remaining defendants Symantec Corporation, ESET, LLC, Anti-Malware Testing Standards Organization, Inc. without prejudice.

December 3, 2019

/s/ *Ian N. Feinberg*
Ian N. Feinberg

Counsel for Plaintiff NSS Labs, Inc.