1  IAN N. FEINBERG (SBN 88324)
   ifeinberg@feinday.com
2  M. ELIZABETH DAY (SBN 177125)
   eday@feinday.com
3  MARC BELLOLI (SBN 244290)
   mbelloli@feinday.com
4  FEINBERG DAY KRAMER ALBERTI LIM
5  TONKOVICH & BELLOLI LLP
   577 Airport Blvd, Suite 250
6  Burlingame, CA. 94010
7  Telephone: 650.825.4300

8  Attorneys for Plaintiff
   NSS Labs, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSS LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CROWDSTRIKE, INC., SYMANTEC CORPORATION, ESET, LLC, ANTI-MALWARE TESTING STANDARDS ORGANIZATION, INC. AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | CASE NO. 5:18-CV-05711-BLF<br><br>**DECLARATION OF IAN N FEINBERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ANTI-MALWARE TESTING STANDARDS ORGANIZATION, INC.'S MOTION FOR ATTORNEYS' FEES**<br><br>Date: April 2, 2020<br>Time: 9:00 AM<br>Location: Crtm 3, San Jose<br>Judge: Hon. Beth Labson Freeman |

I, Ian N Feinberg, declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California since December 1979, and counsel of record to plaintiff NSS Labs, Inc. ("NSS") in this matter.

2. The same day I received AMTSO's fee motion (December 17, 2019), I sent an email to AMTSO's counsel advising counsel that the California Supreme Court's unanimous decision in *Newport Harbor Ventures v. Morris Cerullo World Evangelism*, 4 Cal. 5th 637 (2018) barred AMTSO's anti-SLAPP Motion and therefore also AMTSO's Fee Motion. A true and correct copy of my December 17, 2019 email is attached hereto as **Exhibit A**.

3. The next day AMTSO's counsel responded by email asserting that *New Harbor Ventures* did not bar AMTSO's anti-SLAPP Motion and therefore AMTSO's Fee Motion. A true and correct copy of AMTSO counsel's December 18, 20919 email is attached hereto as **Exhibit B**.

4. NSS has incurred $9,107.50 in fees opposing AMTSO's Fee Motion, consisting of 15.1 hours of my hours of my time at $525 per hour ($7,927.50) and 4.0 hours of paralegal George Huggins' time at $295 per hour ($1180.00). None of my time in preparing a response to AMTSO's anti-SLAPP Motion before receiving AMTSO's Fee Motion is included in this time; which begins only after receiving AMTSO's Fee Motion.

5. I know the foregoing of my own knowledge and if called as a witness could competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 31, 2019

/s/ *Ian N. Feinberg*
Ian N. Feinberg