# **<u>EXHIBIT A</u>**

IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
577 Airport Blvd, Suite 250
Burlingame, CA. 94010
Telephone: 650.825.4300

Attorneys for Plaintiff
NSS Labs, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSS LABS, INC., | CASE NO. 5:18-CV-05711-BLF |
| Plaintiff, | **DECLARATION OF JASON BRVENIK IN SUPPORT OF PLAINTIFF'S NOTICE OF ADDITIONAL EVIDENCE** |
| v. | |
| CROWDSTRIKE, INC., SYMANTEC CORPORATION, ESET, LLC, ANTI-MALWARE TESTING STANDARDS ORGANIZATION, INC. AND DOES 1-50, INCLUSIVE, | Date:       April 2, 2020<br>Time:       9:00 AM<br>Location: Crtm 3, San Jose<br>Judge:     Hon. Beth Labson Freeman |
| Defendants. | |

I, Jason Brvenik, declare as follows:

1.     I am the President of plaintiff NSS Labs., Inc.

2.     On January 16, 2020, I made a recording of a conference call initiated by Dennis Batchelder, the president of AMTSO.

3.     I made the recording from my office in Austin Texas, where I understand that only consent of a single party to a conversation (me) is required for the recording of a conversation.

4.     I had a transcript of the recording made by a Certified Shorthand Reporter in Texas. A true and correct copy of that transcription is attached hereto as Exhibit 1.

5.     The transcript appears to have accurately transcribed the recording, which I still have in my possession, and which is available for review.

6.     I know the foregoing of my own knowledge and if called as a witness could competently testify thereto.

7.     I believe the following items (7.a-7.c) are errors in the transcription identifiable by reading the transcript.

    a.  Page 3, Line 7 should be MRG Effitas, SE Labs

    b.  Page 10, Line 5 should be Jason Brvenik

    c.  Page 12, Line 20 unidentified party is Simon Edwards, AMTSO chairman and CEO SE Labs

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 26, 2020

_____
Jason Brvenik

# EXHIBIT 1

1

2

3

4

5

6

7

8

9

10

11

12                     TRANSCRIPTION OF

13                    RECORDING LABELED

14                  "AMTSO TESTERS CALL"

15

16

17

18

19

20

21

22

23

24

25

2

1       (Audio begins)

2       ELECTRONIC VOICE:  Welcome to the audio

3  conferencing center.

4       Please enter a conference ID followed by

5  pound.  To continue in...

6       You're now joining the meeting.

7       DENNIS BATCHELDER:  Hey, Greg, how are

8  you?

9       GREG:  Good.  Yeah, I tried clicking the

10  link to join the conference.  That's blocked by

11  Verizon.  So --

12       DENNIS BATCHELDER:  Really, your own

13  company blocks Microsoft Teams?

14       GREG:  Yep.

15       DENNIS BATCHELDER:  Pretty funny.  And

16  then someone just joined from 512 area code.

17       JASON BRVENIK:  It's Brevnik.

18       DENNIS BATCHELDER:  Hey, Jason, how are

19  you?

20       JASON BRVENIK:  Well, thanks.

21       DENNIS BATCHELDER:  Cool.

22       Let's give people a couple of minutes to

23  dial in.  I think, you know, some of you guys dialing

24  in might have experienced a problem getting online.

25  So, there might be a couple of others experiencing the

1    same problems.

2                    Hey, Terrence.  Welcome.

3                    (Broken audio.)

4                    JASON BRVENIK:  I can't understand a word

5    you're saying.

6                    UNIDENTIFIED SPEAKER:  How many have

7    tentatives from MIG, Epitask and STT Labs?

8                    DENNIS BATCHELDER:  So, we'll wait one

9    more minute and we'll get going.

10                   (Broken audio.)

11                   UNIDENTIFIED SPEAKER:  Yeah (broken

12   audio) overwhelmingly so, apparently.

13                   DENNIS BATCHELDER:  Well, which is

14   awesome.  Still recovering.

15                   Oh, man.  Yeah.  I mean, we -- we started

16   the year off with a bang trying to -- trying to launch

17   a test on macOS and that's given us all kinds of

18   problems.  So, that's been -- that's been interesting,

19   trying to wrap our brains --

20                   UNIDENTIFIED SPEAKER:  Yeah.  My

21   solution -- my solutions back then is to never to do

22   any Mac testing at all.

23                   DENNIS BATCHELDER:  I think that's a good

24   start.  You know --

25                   UNIDENTIFIED SPEAKER:  Yeah.

4

1          DENNIS BATCHELDER:  -- you know, Apple
2   says there's no malware there anyway.  So, why bother?
3          UNIDENTIFIED SPEAKER:  Yeah, exactly.
4   Yeah.
5          UNIDENTIFIED SPEAKER:  That's a good idea.
6   So, I think Microsoft may also come to the conclusions
7   of --
8          DENNIS BATCHELDER:  Microsoft has a -- has
9   a Defender for Mac now.  I mean --
10          UNIDENTIFIED SPEAKER:  What?
11          DENNIS BATCHELDER:  Yeah, yeah.  There --
12   they've licensed the Defender's engine for product and
13   then they're building their own in the meantime.  So,
14   yeah.  Corporate only, no consumer.  So, I guess
15   corporate world needs it anyway.
16          Okay.  I think it's been -- it's been a
17   little bit over a minute.  So, I think we can just get
18   going.  So, hey, welcome.  So glad you guys have joined
19   this call.
20          Scott, Jeffrey's actually had the idea
21   that we should -- we should -- we should get job
22   testers together and kind of talk about our thoughts.
23   We've been spending some time on our executive team
24   going over what's been happening with the DOJ
25   investigation and our thoughts about how we could -- we

1  could -- we could work (broken audio) other ways we

2  could be more (broken audio) testers (broken audio)

3  about my own thoughts (broken audio) on December 10th

4  for a deposition with the DOJ about AMTSO stuff and it

5  was -- it was a -- I don't know -- nine-hour affair

6  where we went over lots and lots of e-mails and topics

7  and discussions.

8           And I left there thinking a lot about what

9  other things can we do for AMTSO to make it better.

10  And I wanted to share with you some of those thoughts

11  because it got me -- it got me thinking.  And, you

12  know, my -- my lawyer suggested that we don't draw too

13  tight a relationship between the DOJ, you know,

14  investigation and changes we're going to make but I --

15  I -- what I want to do is I want to talk about that --

16  the way they asked their questions and in my readings

17  of that transcript again afterwards about what it was

18  like -- I mean, other than the fact that I found that I

19  say "so" a lot and "yeah" and "umm" a lot -- just

20  rereading that transcript and seeing how they asked

21  their questions and what they were trying to get at

22  with their questions, I -- I think it was informative

23  into, you know, how others can view AMTSO and how --

24  how an outsider can view AMTSO and what we can do to

25  make it more (broken audio).  I feel (broken audio)

1   documents about different e-mails that went around or

2   (broken audio).  So -- or documents that they saw or

3   reading of the standard and the -- they were asking

4   questions about these various incidences that -- that

5   took place.

6           Some of them were about the blog that we

7   published about the holiday test and all the comments

8   around that or the blog we published about other tests

9   and all the comments and commentary leading up to that.

10  There were a lot of comments around that Deceptor test

11  discussion we had back at the end of 2017.  And then

12  there were just generic e-mails that went back and

13  forth between the board and members and different

14  members asking for investigations or complaining about,

15  you know, different other members.

16           And all that led to these six questions.

17  So, I'll go into those six areas.  The first area was:

18  Does AMTSO have equivalent tools to hold both testers

19  and vendors accountable?  And this came up maybe --

20  maybe five or six times, yeah, throughout the day

21  that -- when they looked at cases where we talked about

22  publishing a blog about that test, the question would

23  come up as, "Oh, that's great.  You have a way that you

24  can call out (broken audio)" and that impact the

25  tester.

1         Well, what do you do when a tester does

2  something (broken audio).  We have lots of examples of

3  vendors doing things (broken audio).  We need to hold

4  them accountable.  So, that came up (broken audio) and

5  I think it was, you know -- brought it up several

6  times.  It's worth reflecting over it to find out do we

7  have a way.

8         And my initial thought is that it's

9  actually tough because testers are generally a lot

10  smaller than vendors and if AMTSO were to write a blog

11  about a vendor -- and we've done that a few times --

12  doesn't really affect the vendor very much, but we

13  could make a huge difference in the livelihood of a

14  small tester if we wrote a blog that says something

15  about that vendor.  Those (broken audio) accountability

16  (broken audio) vendors and testers.  So, that was one

17  for whatever you think it's worth.  (Broken audio) hold

18  the nontester accountable just as well or not or should

19  we stop holding one cohort more accountable than the

20  other?  So, that was one.

21         Should I pause there for a second or

22  should I just keep going through this list and then we

23  can just have a more general conversation?

24         UNIDENTIFIED SPEAKER:  I would say please

25  keep going, Dennis.

1                   DENNIS BATCHELDER:  Okay.  All right.  The
2     second -- the second area that came up quite a few
3     times was when you guys make decisions how do you
4     ensure that there's equal vendor/tester representation
5     in those decision-making processes.  And we went over
6     four decisions and e-mail-based decisions or
7     member-based decisions and we talk about what we do
8     internally to make sure that we're taking everyone's
9     opinion into account and the controls we -- we've tried
10    to put in place and how we operate versus, you know,
11    how we've changed our bylaws to try and get this
12    better.  But really this came up quite a few times.
13                  So, I think it's an area worth making sure
14    we got right, which is, you know, is there equal
15    representation as we make decisions?
16                  The third area that came up twice, maybe
17    three times was (broken audio) drive vendors to do more
18    aggressive testing (broken audio) or will that allow
19    vendors to gain up more on the tester to get their way.
20    And they brought up a few examples where that -- that
21    seemed to be the case in the e-mail exchanges and they
22    brought up this Deceptor test that we tried to run at
23    the end of 2017 that, you know, we worked with
24    AV-Comparatives to run.  And they pointed out quite a
25    few of the vendor comments in those threads as examples

1   of -- you know, the vendors are saying, "Oh, you should

2   not publish your results unless we've all agreed."

3   "Oh, you shouldn't do this unless we've all agreed."

4   And did that just allow more aggressive test management

5   because we try to do it under the standards.

6           Oh, another -- I don't know if you guys --

7   since we're just on video here, if you guys are all

8   nodding your heads or -- I mean, is this interesting

9   for you guys or just give me some feedback.

10          UNIDENTIFIED SPEAKER:  Yeah, yeah.

11          DENNIS BATCHELDER:  Okay.  Cool.

12          GREG:  I don't think it's surprising.  I

13  mean, I think it's something that the testers have been

14  bringing up for years.  So, I mean, I'm kind of

15  surprised that you think this is, you know, sort of new

16  stuff.

17          DENNIS BATCHELDER:  No, no.  Greg, I'm

18  not -- I guess I'm not thinking it's new stuff.  I'm

19  thinking it got me to thinking about it differently.

20  Usually when I frame --

21          GREG:  Okay.

22          DENNIS BATCHELDER:  -- a problem in my

23  mind I think about those vendors and testers and our

24  jobs are to get them all to get along and I don't think

25  about the equality equations much.  (Broken audio)

1   problem.  So, for me it's been eye opening to do this

2   through the frame of is it equal representation.  I

3   don't know if that makes sense.

4           GREG:  Yeah.  I think that makes sense.

5           JASON BATCHELDER:  It's shocking to me.

6           DENNIS BATCHELDER:  You know (broken

7   audio) testers difficult for me to think of it that

8   way.  (Broken audio) I think -- (broken audio).

9   Three -- there's only three more to go and then I can

10  talk about my own reflections and then -- and then

11  where I think we are with the DOJ and then what I want

12  to do but let me get through the other three first.

13          So, the next one was:  There was a lot of

14  questions about how we supported vendors when they had

15  problems with tests and they went through several

16  examples of that where vendors would demand AMTSO to

17  take action.  In fact, other testers would demand AMTSO

18  to take action against a certain test; but when do we

19  support testers when they have issues with vendors?

20  When it's a bad vendor does that get the same treatment

21  by AMTSO?

22          And that was an interesting question and I

23  think my answers to those questions were, you know, we

24  don't really get asked that often (broken audio) and

25  that could be indicative of the problem itself or

1  (broken audio) recourse with testers but maybe not.

2  And I think it came up quite a few times.  So, it's

3  worth bringing up here as well is that -- and I don't

4  know.  I'll tell you my reflections on that soon.  So,

5  that's the fourth.

6              The fifth one was, yeah:  Why is there so

7  few investigations against vendors?  You've got quite a

8  few examples of investigations against testers or

9  tests.  Why are there so few against vendor?

10             And it can't just be because all vendors

11 are perfect.  I think we know better than that.  So,

12 why aren't -- why aren't the testers coming?  So, one

13 was do they support and the next one was why are there

14 so few investigations that AMTSO actually conducts.

15             And then the last thing that came up was

16 around what -- you know, what we call internally demand

17 gen, which is how AMTSO is trying to drum up public

18 support for following the standard.  And that --

19 that -- I would say we spent a good portion of the

20 afternoon talking about the different ways of doing

21 demand gen.  And are we doing it in a way that's fair

22 for testers?  Are we doing it in a way that's fair for

23 vendors and so forth.  But they don't -- they don't

24 really -- you know, I don't really have much reflection

25 on that one because they were just really asking a lot

1  of questions about are we doing it fair or not.  But it

2  came up quite a few times so I wanted to bring it up.

3  So, those -- those are the six basic themes that I

4  pulled from this that went beyond just, you know, what

5  did this person mean or what did this person say or who

6  were the bad vendors or who do you think are the bad

7  test- -- you know, the standard questions that I think

8  they -- they were just using to dig in.

9              But these are the things that kept coming

10  up throughout the day.  So, any -- any questions about

11  those statements specifically (broken audio) big things

12  we've been talking about?  (Broken audio.)

13              UNIDENTIFIED SPEAKER:  (Broken audio) Most

14  of us are on mute and it takes a few seconds for me to

15  stop muting.

16              But, yes, I agree.

17              DENNIS BATCHELDER:  These six areas are --

18  I guess we could say areas of improvement that AMTSO

19  could have, again to each of these --

20              UNIDENTIFIED SPEAKER:  Yeah.  You know, go

21  back to the point that you've made about people

22  complaining about other people.  You know, I haven't

23  seen -- we all have conversations about stuff and we

24  complain about how things have gone but I don't

25  remember many cases where people complain about

13

1  vendors.  It does happen and, you know, vendors do

2  sometimes cheat or don't pay their bills or whatever.

3  But, you know, Andreas Marks, myself, Peter, we used to

4  meet and chat fairly regularly a few years back and

5  we'd usually one -- we'd have one or two things to talk

6  about.  But we haven't done that in the last couple of

7  years.  I don't think it's been for any reason other

8  than, "Well, I'm not experiencing those kind of

9  problems like they used to" and -- but they can speak

10 for themselves but maybe they're (indiscernible) as

11 well.  I don't know.  Maybe the vendors are getting

12 better.

13         DENNIS BATCHELDER:  Yeah.  I mean, there

14 were those cheating allegations that AV tests and

15 AV-Comparatives, you know, called out but that -- most

16 of that was done without AMTSO support.

17         UNIDENTIFIED SPEAKER:  Yeah, exactly.  And

18 then you had those -- one of those vendors was very

19 poor at paying their bills and -- but expected service

20 to -- to run uninterrupted.  (Broken audio) correct

21 now.  I don't think that's happening.

22         DENNIS BATCHELDER:  All right.  (Broken

23 audio).

24         Yeah.  Okay.  So, I'm going to get into my

25 four reflective thoughts that I had.  So, I had --

1 before I do that I sent out -- as soon as this hearing

2 was over, the next morning I sent out an e-mail to

3 the -- to the AMTSO board and I captured some of these

4 things and said, "Hey, we need to go focus on these

5 areas.  These were some of the questions that came

6 back."  And it got me thinking in certain ways and I'm

7 thinking maybe -- maybe there's things we could do in

8 these fronts there.  So, that was December 11th, right,

9 it's part of the holiday here.

10     And I got the transcript back on I think

11 it was December -- right before Christmas.  So, I

12 didn't spend much time.  But this last week I've been

13 going through this transcript and rereading again and

14 putting the thoughts together.  So, I'll give you some

15 of the reflections I've had since then.  So, there's

16 four basic things.

17     One is is that I -- I do feel that vendors

18 -- that AMTSO helps vendors gang up.  You know, when

19 you have these e-mails that go back and forth on AMTSO

20 it allows the vendors to join in NA and express that,

21 yes, I also agree or plus one or gang up or we all

22 should work together.  It actually can bring out the

23 worst in the vendors because they don't really have the

24 ability to gang up privately without causing the kinds

25 of problems.

1        And I looked at -- I went back and I

2   reread all those e-mails around that Deceptor tests

3   again and it had quite a few examples of that, what we

4   would say would not be good behavior in allowing a

5   vendor to gang up.  I think that's something that we

6   can definitely improve on is how do we -- how do we not

7   allow that to get out of control.  Board members all

8   jump in with their opinion and actually lose a tester

9   in a worse case than what they had before.

10        That's one reflection I had is that you

11  know are we -- are we -- how do we make sure that we're

12  not used as an accelerant to issues because that will

13  just keep testers from wanting to talk about things

14  publicly at AMTSO if it was actually going to drive,

15  you know, this herd mentality behavior from vendors.

16        So, I'd like to figure out some way to

17  make sure that we -- that couldn't happen.

18        Number 2 is I -- I felt really good when I

19  went through all the AMTSO/executive e-mails and

20  decisions that AMTSO eventually made on all these

21  different issues.  I think that we had -- we had some

22  good advice when it came to their counsel (broken

23  audio) we tried really hard to make sure that we were

24  not (broken audio) beyond reproach.  That doesn't

25  say -- I'm not saying that all the behavior of all the

16

1  different players was good because it wasn't.  There

2  were plenty of cases where you read those e-mails and

3  you wince and you're thinking, "Jeez, that -- that

4  vendor and that tester is expressing something that

5  they probably shouldn't be doing publicly.  But I felt

6  pretty good about where we landed in our

7  decision-making processes.  And I -- and I felt like,

8  yeah, we've really come a long way as AMTSO in the last

9  three or four years from what I remember it being in

10  the previous years.  And I didn't have that much

11  exposure but I had a couple years' exposure.  To that I

12  feel like we've -- we've come a long way in maturity.

13  That was the second thing that I -- that I had.

14           The third -- the third thing that I

15  reflected on and it came up several times at the DOJ as

16  well is there is a difference between historic testing

17  and what happens under the limited set of standards

18  base tests that we're running now.  So, there's quite a

19  few times and we -- those of you who were at the London

20  meeting saw this as well that there's quite a few times

21  when people talk about the -- the past and the

22  different behaviors of different vendors and testers in

23  the past and it's just assumed that it's going to

24  continue the same way.  So, the standard isn't going to

25  support and isn't going to help.  You know, it's not

1    going to make a difference.  But the kinds of

2    problems -- and this was the big thought that I had is

3    if the kinds of problems had existed in historical

4    testing are different than the kinds of problems that

5    exist under a standard base test.  And I think -- and

6    that goes with -- and it could just be because we're

7    limited because there's only so many standardized based

8    tests out there.  There's only been, you know -- you

9    know, I don't know, seven or eight different tests that

10   have  run underneath the standard.  But the talk about

11   communications and fair play and cheating and not

12   knowing something was going to happen and

13   misrepresentation in the reports or the misuse of the

14   report by someone who used the standards test is not

15   the same as it is with nonstandard tests as a whole.

16   Now that's a general statement but I -- I do see a

17   difference there.  Good or bad I don't know.  But --

18   but we can't just take examples of what's happened from

19   the past and just automatically assume they're going to

20   continue the same way in this standard because it's

21   a -- it's a different approach of vendor and tester

22   working together.

23            And the last thing that I kept reflecting

24   on is what is it that keeps testers from asking us to

25   do more investigations.  Is it that they feel that it's

18

1   just inherently unfair for AMTSO to be involved in it

2   or unfair because AMTSO is predominantly vendors.  So,

3   you're not going to get, you know, a good recourse from

4   them, or is it easier just to do the business yourself

5   because there's money at stake?  So, those are the four

6   areas that I was -- I spent a lot ot time thinking

7   about, right, and I don't really have an answer to that

8   last one.  I wish it was better.

9            And the one last point I wanted to share

10  is that I asked the -- the DOJ to go off the record at

11  one point toward the end of the day and said, "Look,

12  you know, you guys have -- you guys have honed in on a

13  few areas with questions that's really got me thinking.

14  And are you guys going to write some kind of a report

15  at the end of this process?"

16           And they're, like, "We don't know."

17           And I said, "Are you guys going to be able

18  to say, 'Hey, these are things you should focus on'?"

19           And they said, "We don't know.  We don't

20  know what we're allowed to produce or what we're not

21  allowed to produce."

22           And so I -- at that point that's when I

23  asked to go off the record and I -- and I said, "Is

24  there a way you guys could kind of advise us a bit?  I

25  mean, it's one thing what we're doing and -- and I feel

1 good about our e-mails and able to defend things but,

2 you know, you've got me thinking maybe there's more

3 that could be done."

4    And -- and they said something

5 interesting.  The head of the investigation says,

6 "Look, it's one thing you guys are able to follow the

7 legal line and make sure that you're not doing

8 something that, you know, breaks the law and it -- and

9 it seems like" -- and this is them off the record

10 making the statement.  "It seems like there's a

11 differences between staying on the right side of the

12 law and making sure that the organization is fair to

13 all types.  And if there's a way that we can figure out

14 how we can provide you advice -- I don't know if we can

15 but we'll see what we can do on that front but even if

16 we can't, I'm sure there's people out there you can

17 talk to and you should probably spend some time

18 thinking about not just -- not breaking the law but how

19 you make it actually a more much more thorough (broken

20 audio)."

21    So, that -- I wanted to share with you

22 that we've been -- we've been thinking a lot in the

23 last year and a half about making sure that we take

24 (broken audio).  I will say we spent lot of time

25 (broken audio) advice as well and making sure we didn't

1  break the law right before and that's great.

2             But that still doesn't -- we haven't spent

3  a lot of time talking about how do we make sure it's

4  fair.  So, I think they're right in that statement and

5  I think you guys know that they're right in that

6  statement and I think that -- that we ought to do

7  something about it, right, because -- because if we're

8  not being fair or we're not finding out how to hold

9  this better we have to make it better.  But what I want

10  to do and this goes into -- I want to make sure we've

11  come up with a more fair system.  It's just -- it's

12  just -- and I also want to say I'm sorry it's taken me

13  so long.  You know, I've been the president for over

14  three years now and I'm sorry it's taken me so long to

15  come to these thoughts myself and maybe that just shows

16  some of my limitation as a president and maybe there's

17  somebody who could do this better than me and that's

18  fine, too.  But I want to make sure we end up with a

19  more fair system than what we have now.

20             (Broken audio) we could make (broken

21  audio) impossible organization (broken audio) waste of

22  time.  If we can't get (broken audio) then that's where

23  (broken audio) do things that (broken audio) be just a

24  way -- a way of not holding testers hostage.  It

25  should -- it should be a way where testers feel just as

1  empowered that this organization is just as -- just as

2  thrilled that it exists, not just as a sales tool but

3  actually as a useful organization for all types.

4             So, I'm going to pause there because I

5  think I've done a lot of talking and I think you guys

6  need to kind of talk a bit.  And none of this stuff

7  that we're talking about now is being -- the call is

8  not being recorded.  I'm not writing things down.  I'm

9  just -- I want to have kind of a more open discussion,

10 if you guys are willing to, and talk about other things

11 we can do to improve and (broken audio) lot of (broken

12 audio) going to (broken audio) a large organization

13 that is --

14             (Noise.)

15             DENNIS BATCHELDER:  -- at least

16 three-quarters of the cohort is nontesters and trying

17 to get them to make a change without an enthusiastic

18 support from testers themselves.  And I do think the

19 timing is really good in the organization that --

20             UNIDENTIFIED SPEAKER:  Can I -- can I --

21 can I just say something that's --

22             DENNIS BATCHELDER:  Yeah.

23             UNIDENTIFIED SPEAKER:  -- stay on the call

24 ever how long.  Generally from my perspective and I

25 suspect (broken audio) as well -- but he can obviously

1  speak for himself -- we're happy with the way things

2  are.  We don't have issues.  We never really have them.

3            And then I would say one thing about the

4  standards that we've discovered is that we have had a

5  few issues with some vendors.  They've identified we

6  haven't contacted them correctly or actually more

7  likely they haven't read the notifications that Scott

8  has sent that's kind of (broken audio) method of

9  (broken audio) standard across the state, even if it

10  makes life a little bit harder and does expose us a bit

11  to public criticisms through the common tree.

12            But I think if we behave ourselves and

13  don't do what we say we're going to do and say, you

14  know, "Sorry.  We forgot to tell you" or, We assume

15  that you would read the (indiscernible) message but

16  here's -- here are the answers now that you've asked

17  for them.  I think that's all positive.  And I think if

18  anyone's got an issue and you (indiscernible) they need

19  to say but from this side we're satisfied.

20            DENNIS BATCHELDER:  Okay.

21            MIKE:  Yeah.  We -- NHS.  We do have a

22  slightly different opinion on (indiscernible) you know.

23  (Broken audio) concern (broken audio) that's that but

24  like always (broken audio) against tests that are part

25  of AMTSO and, to be honest, the tests that are a part

23

1    of AMTSO are really good ones but the really bad tests

2    that you see you on YouTube or on (broken audio) that's

3    never really been covered by AMTSO and it's always a

4    concern for us.  If the admission is to improve the

5    overall industry and the testing, then why are you only

6    looking at those big testers?  Obviously because

7    they're the biggest impact but you see what it's going

8    through.  And the other thing is that -- yeah, we at

9    NHS fear that AMTSO never really helped us in any way.

10   So, instead we were chuck -- being the target.

11           And as you pointed out with the correction

12   that you received from the DOJ, I mean, these are

13   pretty much the same concerns that we have expressed,

14   yeah, in the past that we would really have to play

15   ball with vendor (indiscernible).  And so, I'm, you

16   know, really looking forward to make changes here.

17           DENNIS BATCHELDER:  Cool.  All right.

18   Thanks, Mike.

19           JASON BRVENIK:  Can I -- you know, this is

20   Jason and, you know, I think everybody can understand

21   my perspective.  It actually -- it bothers me that I

22   had to sue you to get this perspective through because

23   I tried to express these things years ago and -- and,

24   you know, our perspective -- I don't think we're going

25   to be coming back to AMTSO because AMTSO is only

24

1  detrimental to our business and our position in market.

2  It offers nothing to me except more work.

3          And I'd love to see that change but I've

4  not seen anything that changes that position and so,

5  I'm happy that there's a reflection there and I'm

6  hopeful that that reflection can bear fruit.  But, you

7  know, as it stands today I'm pretty clear on -- you

8  know, on these issues and, you know, hopefully -- we'll

9  see.  We're going to stay and watch but I don't -- I

10  don't think we're going to engage until and unless we

11  see real balance and real value.

12          DENNIS BATCHELDER:  Yeah.  All right.

13  Thanks, Jason, on that.

14          I mean, what I'm hoping on this call -- I

15  mean, my dream is on this call is that there are people

16  who -- testers who -- who want to help drive this to be

17  a more fair and valuable organization and I -- I do

18  feel the timing is right inside of AMTSO that the

19  membership is extremely receptive to this.  We've had

20  changes in people on our board.  We've had changes in

21  members and, you know, some of that's due to

22  acquisitions and some of that's due to just the old

23  personalities going away and retiring and moving on.

24          And I think we have --

25          UNIDENTIFIED SPEAKER:  (Broken audio).

1          DENNIS BATCHELDER:  We have an opportunity

2   to change.  I'm sorry.  What was that?

3          UNIDENTIFIED SPEAKER:  Changes in the

4   (broken audio).

5          DENNIS BATCHELDER:  Yeah, yeah.

6          UNIDENTIFIED SPEAKER:  (Indiscernible.)

7          DENNIS BATCHELDER:  The change --

8          UNIDENTIFIED SPEAKER:  (Indiscernible.)

9          JASON BRVENIK:  But we haven't had

10   changes -- you know, we -- we haven't had changes in

11   the influence, you know, the -- that testers are afraid

12   to speak their mind in that forum and -- and because

13   the forum, then, creates the bat with which to hit them

14   when they do it, you're never going to have an honest

15   representation and an honest conversation.  You're

16   never going to have an honest ballots voting.  It's --

17   it's not going to happen because too many of the

18   smaller organizations are too dependent on some of the

19   people that sit there and watch and check their box and

20   then -- and then hold them accountable in different

21   ways.  That's -- that environment is never going to

22   reach that kind of equality for us.

23          DENNIS BATCHELDER:  So, you're -- so,

24   you're saying it's an impossible problem?

25          JASON BRVENIK:  I don't believe it's

1  possible for us as testers to be honest in the open

2  forum about the experience and the perspective of

3  what's happening without one or many or all when they

4  gang up turning around and pointing a gun at the one

5  that they're not happy with right now.  It's just the

6  tool by --

7        DENNIS BATCHELDER:  Yeah.

8        JASON BRVENIK:  -- which they get to

9  discover which tester they're going to go after and try

10 and starve out of the market or punish.

11       DENNIS BATCHELDER:  (Broken audio) AMTSO

12 hurt the one tester (broken audio) allows a vendor to

13 exhibit that kind of behavior that (broken audio) and

14 if there's no way we can control that, that's bad but

15 I'd like to think we could control it.

16       UNIDENTIFIED SPEAKER:  (Indiscernible) and

17 all, though, the concerns Mike raised before and so,

18 the indications you heard from the DOJ, we have been

19 complaining and talking about this for three, four,

20 five years now and we brought all this stuff already up

21 like -- like Michael already said and nothing changed.

22 I think the horse has already left the barn.  I don't

23 think there is anything which can get us back to AMTSO.

24 There's a reason why we left and, therefore, for us to

25 that organization it's really only done in this time to

1   blackmailing testers.

2             Like Mike said, only AM- -- AMTSO only

3   hunting after testers being part of the AMTSO and not

4   looking up to really bad tests, which -- which are out

5   there on YouTube.

6             JASON BRVENIK:  Where --

7             UNIDENTIFIED SPEAKER:  Our test make

8   a -- make a difference in PR and in the press.  And

9   what I think is not our -- as it compares with our

10  tests at -- some members still, like Simon, Mike, Mark,

11  Andreas, Greg, Jason.  We're all seen in the PR stuff.

12  Our -- our tests get attention and it's -- it's clear

13  the reason why AMTSO is talking about these testers

14  (broken audio) change.  Everything -- everything is

15  (broken audio) and that's all (broken audio) from

16  (broken audio).

17            DENNIS BATCHELDER:  (Broken audio) so,

18  there was a reason you guys joined and got something

19  out of it before we went the standard route and -- and

20  maybe it's worth reexploring what the value of the org

21  was at that point.  Like -- like -- and, Jason, you

22  made a statement saying the way the open forum works

23  it's just never going to be able to work there.  I

24  mean, if we had an org that was more about the

25  networking and it didn't have the open forum

1  discussions and that stuff were just behaviors that

2  were not allowed would that be valuable to testers?

3              JASON BRVENIK:  Valuable.  I mean, I --

4  I'm not sure that -- I'm not sure, candidly, that it's

5  at all possible for a test organization to engage in

6  the AMTSO forum -- in any forum privately or not, that

7  does not ultimately telegraph to the vendors and

8  provide the opportunity for them to collude and -- and

9  attack.  It's -- I just don't believe it's possible.

10  And the behaviors I've seen over the years, the

11  expressions of it and the attempts have just convinced

12  me that it's -- it's -- it's not the right place, it's

13  not a healthy place and it's not a good place for

14  testers to be.

15              DENNIS BATCHELDER:  So, how do -- I mean,

16  one thing I've -- I've learned in this anti-malware

17  industry is that testers don't -- testers rely on

18  vendors for expertise (broken audio) and (broken audio)

19  and depending (broken audio).

20              MIKE I mean, that's a twist and extend.

21  Some testers may have a different business model but

22  what I find more interesting is that you all mentioned

23  that we rely on the expertise of vendors.  We may not

24  completely rely on their expertise but at least we rely

25  on their cooperation because it's not always (broken

1  audio) and vendors that when we do get access to

2  knowledge and we do get access to product to test that

3  AMTSO is not the organization to go after testers.

4           DENNIS BATCHELDER:  Yeah, yeah.

5           Okay.  So, focus -- so, your -- Mike,

6  you're saying, then, focus on the benefit areas, like,

7  if we the org -- if we could have an organization that

8  really focused on how this is cooperation and don't

9  focus on anything else, it could be very useful.

10          MIKE:  We had this already.  That was the

11  beginning of AMTSO before -- when the transfer and the

12  (broken audio) database.  This was founded that way and

13  then it changed.

14          DENNIS BATCHELDER:

15          UNIDENTIFIED SPEAKER:  The other part of

16  it you kind of mentioned with the expertise thing is

17  there was always this promise that there would be more

18  technical maybe tools to make testing easier or easier

19  to (broken audio) happened if (broken audio) benefit

20  from never (broken audio).

21          JASON BRVENIK:  I mean, even the RTTL

22  wasn't usable.

23          DENNIS BATCHELDER:  (Broken audio) RTTL

24  was a success.

25          JASON BRVENIK:  It's not even usable.

1        DENNIS BATCHELDER:  It's one of those

2  promises that never got delivered.

3        JASON BRVENIK:  It's -- it won't --

4        UNIDENTIFIED SPEAKER:  There's a problem.

5        GREG:  You know, that -- that our

6  organization was basically, you know, attacked over

7  that whole RTTL versus wildless stuff.  So, I

8  definitely have a different perspective than everybody

9  else on that one.

10        JASON BRVENIK:  Yeah.  I mean, RTTL itself

11  isn't unusable in our business because of the way we

12  run  and its license agreement prevents it.  So, even

13  there, right, a purported value is --

14        DENNIS BATCHELDER:  Yeah.

15        JASON BRVENIK:  -- is not.

16        MIKE:  A good point overall.  Whenever

17  testers asked for help, yeah, nothing much happened and

18  sometimes it was really about easy things like provide

19  useful locked files to provide a way to check which the

20  natural version the products have -- provide a way to

21  initiate and update to make sure we update all those --

22  yeah.  These are things that are held in testing and,

23  yeah, not even that kind of stuff, yeah.

24        UNIDENTIFIED SPEAKER:  (Broken audio)

25  might even be things like the (indiscernible) clock

31

1   or -- very good idea for testers to test the clock

2   connection using the clock, clock.  However, just

3   another thing we don't really want to support it.  Oh,

4   well, may require too much engineering resources and,

5   hey, right.  All the (indiscernible) companies have

6   (indiscernible) all the time.

7               DENNIS BATCHELDER:  That's interesting.

8   These are the kinds of things if we wrote a standard

9   for could actually be useful for testers.

10              JASON BRVENIK:  No, no.  If you had

11   addressed them, it could have been useful.

12              DENNIS BATCHELDER:  Yay.

13              JASON BRVENIK:  Okay?

14              DENNIS BATCHELDER:  I can put in all the

15   past perfect tenses but you're right.  I think there

16   are probably opportunities in the future that will come

17   up that we could be useful on.  I mean, I can't think

18   that the world is over now and that, you know,

19   standards won't change and you -- and that there would

20   be support we could offer.

21              JASON BRVENIK:  Well, so -- so, I'll go

22   back to a couple of points, though.  In every case

23   where it's not in the vendor's interest, they simply

24   vote it down.

25              UNIDENTIFIED SPEAKER:  Yeah.

1            UNIDENTIFIED SPEAKER:  I think (broken

2  audio).

3            DENNIS BATCHELDER:  Yeah.  So I -- one --

4  one thought I had about this voting down thing, I mean,

5  once -- with this change we made in the bylaws, it

6  doesn't help things get initiated.  It only gets --

7  it's just -- it just makes sure that the things that

8  get done have the agreement on the both sides.

9            JASON BRVENIK:  But it doesn't actually.

10           DENNIS BATCHELDER:  Things can still get

11  voted down.

12           JASON BRVENIK:  It doesn't actually --

13           DENNIS BATCHELDER:  Well --

14           JASON BRVENIK:  -- because it's still an

15  environment whereby if a test organization that is

16  relying on a vendor that doesn't want something to

17  happen votes a way they don't like, they get screwed.

18           DENNIS BATCHELDER:  Yeah.

19           JASON BRVENIK:  So, you still don't have

20  an independent vote environment that has equal

21  representation.

22           DENNIS BATCHELDER:  Yeah.  No.  You're

23  right.  I mean, I understand that point as well.  It's

24  that -- you know, it's got to be tough for an

25  independent, smaller organization to take a public

1  stance that goes against their business, I guess.  I --

2  I can -- yeah.  I don't know how you solve --

3          JASON BRVENIK:  I think it was proposed

4  way back when the voting was closed so that they

5  couldn't be, you know, strung up with a vote and even

6  that was sent back as, "No, no.  You'll be -- you'll be

7  subjected to the cross and the noose."  That was three

8  years ago.  You can't get an honest vote when the deck

9  is stacked so much against you.

10          DENNIS BATCHELDER:  Okay.  So, (broken

11  audio) perspective we ended up on was the opposite

12  which was (broken audio) we don't know why people say

13  no.  But you're saying that if nobody has the courage

14  to say why they're saying no anyway you still don't

15  learn.  So, that was a silly argument.

16          Let me -- let me ask this question about

17  if we had a -- if we had a board that was more

18  balanced -- I mean, we've been trying to engineer a

19  board that had more testers on it but -- but that's not

20  an easy thing to do.  And one thought I had was imagine

21  a third of the board was elected by testers, a third of

22  the board was elected by nontesters and the other third

23  were open elections.  (Broken audio) proposed board we

24  could for -- (broken audio) that the board requires,

25  you know, a majority of votes from (broken audio) not

34

1  just for members (broken audio) will that help us build

2  more organizations that will make more balanced

3  decisions and keep things from getting voted down?

4          And the reason I'm bringing this stuff up

5  now is I think we finally are at a point where we have

6  an opportunity to drive these changes.  And I guess the

7  question with you guys is is it worth it or not or is

8  it just time to say, "Well, that was fun"?

9          JASON BRVENIK:  Damage is done.  You're

10  not going to undo the damage that's been done.  You're

11  not going to recover from it --

12          DENNIS BATCHEDLER:  Right.

13          JASON BRVENIK:  -- and you're not going to

14  get it to a point where, you know, it can be an

15  independent, viable, trustworthy source.  I don't know

16  the -- continuing to spend time on it is something that

17  I would be interested in because we put the effort in.

18  We raised the issues and ultimately, you know, it was

19  the tool used to try and beat on us with.

20          DENNIS BATCHELDER:  And you say that,

21  Jason, yet here we are on a phone call trying to talk

22  about what can be done to be changed.  So --

23          JASON BRVENIK:  Well, I mean, certainly

24  you're asking.  I'm sharing my perspective is to the

25  extent that even if you did all of the things -- right.

1   I'll share this perspective.  Even if you did all of

2   the things that made it, quote, balanced, more

3   balanced, equal, not punitive, there's still this long

4   history that have -- would have to be overcome for it

5   to actually get value, right?

6           So -- so, even if -- flip that switch

7   today, AMTSO is still a vendor-driven, self-interested

8   organization and -- and it's not actually going to make

9   a difference for what I have to do because I still have

10  to do all that work in my business anyway.  It's just

11  doubling the work I have to do in order to get AMTSO

12  there, too; and the vendors are just going to continue

13  to do what the vendors do.

14          Nothing in the standard, you know, stops a

15  vendor member from commissioning a bad test.  Nothing

16  in the standard stops a vendor member from, you know,

17  attempting and sending threatening letters or cheating.

18  Nothing in the standard requires them to do anything

19  that's in the best interest of the results and the

20  testing and the publication.

21          DENNIS BATCHELDER:  Great.  So, the

22  standard is not the thing that solves problem and I

23  think we all agree on that.  It's just a way that a

24  test could be run and it's voluntary for that.  But --

25  so, I think blaming a standard is probably not helpful

1  here --

2              JASON BRVENIK:  Well --

3              DENNIS BATCHELDER:  -- because even if the

4  standard doesn't exist, what you're saying is that the

5  org still won't help.

6              JASON BRVENIK:  I don't believe that even

7  if we could get to a point where we could get these

8  things evolved in a standard and we could get these

9  things published in a way that was balanced, that it

10 changes the vendor's representation and perspective on

11 it where it makes our lives equally easy.  That --

12 that's what I don't believe can happen because of the

13 history there, right?  We're -- we're starting 20 foot

14 down trying to get back up to ground level.

15             DENNIS BATCHELDER:  Okay.  So, Jason,

16 thank you for that perspective.

17             Is that a shared perspective, guys, on --

18 is it just -- I mean, I think, Peter, you expressed

19 that.  You think AMTSO's dead and that's why you're not

20 joining anymore.  So, that's Peter and Jason feels that

21 way.

22             But, yet, I heard Simon feeling it's

23 useful and does things.  What -- I'm really curious

24 where the rest of you guys stand.  Is it -- I mean --

25             UNIDENTIFIED SPEAKER:  This is -- this is

1  my feeling on it and I've -- actually I think we were

2  pretty vocal about why we voted against the standard to

3  begin with and it's almost exactly what Jason just

4  said.  But that there was all these things that the

5  testers needed to do and very -- it was very one-sided.

6  There was very little that the vendor had to do.

7          So, we voted against it.  Our vote was

8  obviously overruled.  The standard was approved and

9  then other cases where changes were made to the -- to

10  the standard there was a vote brought.  It seemed like

11  you didn't get the vote that you wanted.  So, we just

12  voted again, like, in another month and then everybody

13  accepted the changes and it didn't -- it just didn't

14  seem right to me that that's the way, you know -- okay.

15  We've -- we've tried to vote.  The vote -- the

16  things -- the changes didn't get accepted.  So, we'll

17  just have another vote in, like, a couple of more

18  weeks.  Eventually everybody's going to vote for it

19  because it's like, "Okay.  It's futile.  I might as

20  well vote for this" whatever.  It didn't seem like we

21  were trying to make things better.  It was trying to

22  keep voting until we got what we wanted, not -- you

23  know, not the folks voting against it got.  We got the

24  opposite.

25          DENNIS BATCHELDER:  I'm so sorry it came

1   across that way.  That's horrible.  Because it was

2   really just we didn't meet quorum and we had to vote

3   again.

4                   But, yeah, I can see that how it could be

5   viewed that way.

6                   UNIDENTIFIED SPEAKER:  But, I mean, maybe

7   there was a reason that we didn't get a quorum because

8   folks weren't necessarily for it.

9                   JASON BRVENIK:  Well, yeah.  Look at

10  the -- I mean, look at the tally on it.  Somebody

11  abstaining to prevent us from getting to a quorum.

12                  DENNIS BATCHELDER:  (Broken audio).

13                  JASON BRVENIK:  When -- when you look at

14  the tally on it and the method, I mean, it's almost as

15  if people knew who needed to be in there for a quorum

16  or not and who needed to vote when and who needed to

17  abstain when in order to get or prevent what needed to

18  happen.

19                  DENNIS BATCHELDER:  Anybody care (broken

20  audio).

21                  UNIDENTIFIED SPEAKER:  (Broken audio.)

22                  DENNIS BATCHELDER:  It's really bad.  It's

23  like we're getting every other word.

24                  JASON BRVENIK:  Yeah.  I get that, too.  I

25  think it's a data problem with the VoIP line here.  It

1  seems to have cleared up.  Yeah.

2             DENNIS BATCHELDER:  Yeah.

3             JASON BRVENIK:  I see if you step out and

4  you look at the record, though, and you look at the

5  individual participation or not or abstaining or not,

6  it's almost as if somebody decided and got together and

7  said, "Well, I'm not going to do this one and I'll

8  abstain here and that'll stop a quorum and we can

9  approach it again."  Like you could -- you can see that

10 kind of activity.

11            DENNIS BATCHELDER:  Wow.  And I'm not

12 saying wow that, "Oh, my God you caught me."  I'm

13 saying wow that -- that -- that you guys think that

14 we're even that sophisticated that we could -- we could

15 do something like that.  Because that's amazing.  I --

16 I wish I was that clever but I -- I'm not.

17            JASON BRVENIK:  I'm not saying AMTSO is

18 but I'm saying to prevent getting a quorum it only

19 takes two vendors abstaining, one vendor abstaining.

20 And that if they've done their work and talked at

21 dinner about who's going where and who's doing what

22 they know exactly which one's going to do it and how it

23 plays for their political perspective.

24            UNIDENTIFIED SPEAKER:  Yeah.

25            DENNIS BATCHELDER:  I -- I'd like to think

1  that the -- those games are over, especially since

2  several of those gaming personalities have left but I'm

3  not sure that it is.  I just don't know.  You guys

4  probably have a better feel than I have on that.

5           This is a lot of work.  Somehow I'll

6  figure this one out.  I'm not -- I mean, my personal

7  thought is I'm not -- I mean, it hasn't been that fun

8  this last year and a half here going through all this

9  crap but what I would like to make sure this

10  organization at least has a chance of trying in a -- in

11  a fair way and if it doesn't work, fine, at least we

12  attempted and tried to get it fair.

13           But I -- I'd like to see that there's at

14  least some testers willing to try and do that and

15  willing to help make it into that fair organization.

16  As I said, I think we have an opportunity to get these

17  changes in place and we can get the structural changes

18  in place to make it happen.  And we can drive the

19  cultural changes but it really is going to take a few

20  testers to agree that they want to -- they want to do

21  that.

22           And, honestly, I guess I'm going to

23  speak -- Peter and Jason, if you guys aren't there,

24  your votes aren't going to get heard.  I get it that

25  you don't see any value and you don't want to be in it

1  there but it's -- it's -- unless the organization just

2  dies, it's tougher to change it on the outside.  And

3  your -- your votes and your ideas would be very useful

4  inside the organization.

5          PETER:  I've been speaking out for five

6  years and I've failed to --

7          DENNIS BATCHELDER:  But -- but -- and then

8  consider this.  What if we could change it now?  Is it

9  worth it or not or are you just going to say because it

10 took me five years and, Jason, because you had to sue

11 us, therefore, it's not worth it anymore and those days

12 are over and, you know, screw you?  Or could we --

13 could we figure out a way to just -- you know, maybe

14 there's an opportunity here to drive this change that

15 nobody could hear it before but now they can.

16         PETER:  I think (indiscernible) right.

17 Three testers are on the board now, I think.  Three or

18 four.  I'm not sure.  So, maybe we can see a change in

19 five years.

20         DENNIS BATCHELDER:  Yeah.  Yeah.  God, I

21 hope not.  But, yeah, why not?

22         PETER:  Yeah.

23         DENNIS BATCHELDER:  Drive it.  I mean, I

24 hate to think it would take that long but --

25         PETER:  There's still -- one of the

1  largest testers are still AMTSO (indiscernible).  Yeah?

2  There's no need for us to (indiscernible).

3              DENNIS BATCHELDER:  I -- I -- I'm only

4  thinking change would go faster if -- if we all figured

5  it out together.  It's going to go a lot slower if some

6  of the larger testers are not there.  So, that's how

7  I'm thinking there.  But, I mean, we'll -- we'll still

8  try either way but I think it's just going to be that

9  much harder.  That's all.

10              PETER:  We can talk it later.

11              DENNIS BATCHELDER:  Yeah.  Oh, that's

12  right.  You're coming.  Cool.

13              PETER:  Yeah.

14              DENNIS BATCHELDER:  Good place to talk.

15              JASON BRVENIK:  And I'm happy to watch and

16  observe.  I've got no cycles to offer to try and fix

17  what's horribly broken.

18              DENNIS BATCHELDER:  Yeah.  Okay.  Well,

19  then, you know, either -- either -- Jason, either come

20  or send someone to some of the meetings.  Even as a

21  nonmember we would really appreciate the input or their

22  perspective if nothing else.  And I'm very happy, even

23  if you're not a member, that you find a way to -- to

24  come and give us the outside perspective.  The more we

25  hear it, the more it beats into us, I think the better

1   chance we have of actually driving this change.

2                   JASON BRVENIK:  And the more time I spend

3   not doing what I do --

4                   DENNIS BATCHELDER:  Yeah.

5                   JASON BRVENIK:  -- trying to fix what

6   you've done.

7                   DENNIS BATCHELDER:  Okay.  But if you

8   could get me a fix of what we've done, that would be

9   useful, wouldn't it?

10                   JASON BRVENIK:  And I'm going to be happy

11   to watch and see it happen.

12                   DENNIS BATCHELDER:  Okay.  Cool.

13                   UNIDENTIFIED SPEAKER:  Hey, I've got to

14   drop off because I've got other meetings coming up

15   here.  So --

16                   DENNIS BATCHELDER:  Okay.  I look for you

17   guys --

18                   UNIDENTIFIED SPEAKER:  I do, too.

19                   UNIDENTIFIED SPEAKER:  I appreciate you

20   organizing this.

21                   JASON BRVENIK:  Yeah, absolutely.

22                   DENNIS BATCHELDER:  Thanks.

23                   JASON BRVENIK:  And I'm happy to see

24   progress.

25                   DENNIS BATCHELDER:  Okay.  Then I'm hoping

1   we can get you some progress but I'll need some of you

2   guys to help drive it.  It's going to be pretty hard to

3   do it without any support.

4                  All right, guys, thank you very much for

5   your time.  Thank you for giving me more things and

6   more perspectives to think about and I'll -- would you

7   guys be willing to have another call like this, like,

8   maybe we could set up a monthly chat on where we are

9   and what's changing?

10                  JASON BRVENIK:  I think an e-mail is fine

11  for me.

12                  PETER:  Sure.

13                  DENNIS BATCHELDER:  All right.  Awesome.

14  Thanks, guys.  Take care.  Bye-bye.

15                  UNIDENTIFIED SPEAKER:  Bye.

16                  UNIDENTIFIED SPEAKER:  Okay.  Thank you.

17  Bye.

18                  JASON BRVENIK:  Bye, guys.

19                  (End of audio)

20

21

22

23

24

25

1

2     I, Stephanie McClure Lopez, CSR, hereby certify that

3 this transcription is a true and accurate record,

4 transcribed to the very best of my ability, of the

5 event or events contained in the caption page hereto.

6     SUBSCRIBED AND SWORN to by me this, the 25th day of

7 March, 2020.

8                    _____

9                    _____
                     STEPHANIE McCLURE LOPEZ, CSR
10                    Texas CSR 3483; Expiration: 7/31/22
                     PO Box 1617
11                   Giddings, Texas  78942
12                   (713) 882-2132

13

14

15

16

17

18

19

20

21

22

23

24

25